## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 3:24-cr-9 (TES)** |
| **JESSICA CRAWFORD,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### ORDER ON MOTION FOR REVOCATION OF PRETRIAL RELEASE

Defendant Jessica Crawford appeared on February 26, 2025, for a hearing on a Petition for Revocation of Pretrial Release (Doc. 26), pursuant to 18 U.S.C. § 3148. The Government presented clear and convincing evidence that the Defendant violated the conditions of pretrial release, as described in the petition. The Court finds, however, that the present conditions of release are sufficient to assure that the Defendant will not flee or pose danger to the safety of any other person or the community. Accordingly, the Petition for Revocation (Doc. 26) is **DENIED**.

**SO ORDERED**, this 27th day of February, 2025.


s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge